In the Matter of MARY E. McMENAMY, Appellant, against ARTHUR N. AITKEN, Individually and as Superintendent of Niagara County Sanatorium, Respondent.

Argued January 6, 1943; decided February 25, 1943.

*Philomena R. Marsicano* for appellant.

*Robert L. Rice, Jr.,* for respondent.

Order affirmed, without costs; no opinion.▮

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.